No. 868 (October Term, 1933). OHIO ET AL. *v.* UNITED STATES ET AL. On rehearing. Argued November 5, 1934. Decided November 12, 1934. *Per Curiam:* On full consideration the Court finds that the grounds advanced in the petition for rehearing are untenable, and that there is no reason for disturbing the judgment heretofore entered. *Messrs. H. Austin Hauxhurst* and *Donald C. Power,* with whom *Mr. John W. Bricker,* Attorney General of Ohio, was on the brief, for appellants. *Mr. J. Stanley Payne,* with whom *Solicitor General Biggs, Assistant Attorney General Stephens,* and *Messrs. Elmer B. Collins* and *Daniel W. Knowlton* were on the brief, for the United States and Interstate Commerce Commission, appellees. *Mr. Guernsey Orcutt,* with whom *Messrs. M. Carter Hall, Leo*

*P. Day, Charles R. Webber,* and *Frederic D. McKenney* were on the brief, for the Railroad interveners. See 292 U. S. 498.